Harriet Kniskern v. Singer Sewing Machine Company. — Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Josephine Burreici, as Administratrix, v. Pelham Operating Company and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

United Dressed Beef Company v. Eugenie L. Dietrich and Others.— Motion granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Cruger Avenue, etc.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Max Keve v. Columbia Kid Hair Curlers Manufacturing Company.— Motion granted on terms stated in memorandum per curiam. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Elias N. Mallouk v. American Exchange National Bank, Impleaded.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Frank Thorn, an Attorney. — Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hitchcock, JJ.

In the Matter of Douglas Levien, an Attorney.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Benjamin F. Maged, an Attorney.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Sigmund Feinblatt, an Attorney.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles E. W. Smith v. Western Pacific Railway Company.— Motion granted. No question certified, but certificate made which is provided for by section 191, subdivision 2, of the Code of Civil Procedure. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Nellie A. McCann v. Colonial Life Insurance Company of America.— Motion for stay denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Benjamin Goldberg v. People's Surety Company of New York.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Walter Althause v. Richard Trimble. Walter Althause v. United States Steel Corporation. William Thiele v. United States Steel Corporation. William Thiele v. Richard Trimble.— Orders for stay granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.